# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven Larimore, Clerk Of Court**
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301
(954) 769-5400

Date: 5-28-08

TO: U.S. District Court
4290 Edward Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

RE: USA V SHAWN SCARPITTA
Our Case No. 08-6216-LSS
Your Case No. (Military Base: CAMP PENDLETON)

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 5). Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District.

Please acknowledge receipt on the copy of this letter.

Respectfully,

STEVEN LARIMORE
CLERK OF COURT

by: _____
   Deputy Clerk

Receipt acknowledged by: _____

Print Name: _____

CLOSED

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:08-mj-06216-LSS-1
### Internal Use Only

Case title: USA v. Scarpitta                          Date Filed: 05/27/2008

Assigned to: Magistrate Judge Lurana S. Snow

**Defendant (1)**

Shawn A. Scarpitta                    represented by  **Noticing FPD**
                                                     Email: FLS_ECF@FD.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5-29-08

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

10:847.P REFUSAL TO APPEAR OR TESTIFY

**Plaintiff**

USA                                   represented by  **Joanne Fine**
                                                     United States Attorney's Office

500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7255, ext. 3519
Fax: 356-7336
Email: Joanne.Fine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2008 | 1 | DESERTER/ABSENTEE WANTED BY THE ARMED FORCES as to Shawn A. Scarpitta: (at) (Entered: 05/28/2008) |
| 05/27/2008 | 2 | Report Commencing Criminal Action as to Shawn A. Scarpitta - DOB: \*\*/\*\*/\*1986\* Prisoner #: 77703-004 (at) (Entered: 05/28/2008) |
| 05/27/2008 |  | Arrest of Shawn A. Scarpitta (at) (Entered: 05/28/2008) |
| 05/28/2008 | 3 | Order on Initial Appearance as to Shawn A. Scarpitta for proceeding held on 5/28/2008 Attorney Noticing FPD for Shawn A. Scarpitta added for the defendant.. Signed by Magistrate Judge Lurana S. Snow on 5/28/08. (gw) (Entered: 05/28/2008) |
| 05/28/2008 | 4 | WAIVER of Rule 5(c)(3) Hearing by Shawn A. Scarpitta (gw) (Entered: 05/28/2008) |
| 05/28/2008 | 5 | WAIVER of Timely Pretrial Detention Hearing by Shawn A. Scarpitta (gw) (Entered: 05/28/2008) |
| 05/28/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Shawn A. Scarpitta. Defendant committed to District of Southern District of California.. Signed by Magistrate Judge Lurana S. Snow on 5/28/08. (gw) (Entered: 05/28/2008) |
| 05/28/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge Lurana S. Snow: Initial Appearance as to Shawn A. Scarpitta held on 5/28/2008 (Tape #08-LSS-22:1786-2000.) (gw) (Entered: 05/28/2008) |
| 05/28/2008 | 8 | Transmittal Letter as to Shawn A. Scarpitta sent to District of San Diego California with Originals and Certified Copy of Docket Sheet (at) (Entered: 05/29/2008) |
| 05/28/2008 |  | (Court only) \*\*\*Set/Clear Flags as to Shawn A. Scarpitta (at) (Entered: 05/29/2008) |

TOMORROW  6/28

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 08-6216-LSS
        Plaintiff )
                          ) REPORT COMMENCING CRIMINAL
       -vs-           ) ACTION
                          )
SCARPITTA, SHAWN ) 77703-004
        Defendant      USMS NUMBER

*****************************************

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court        FT. PIERCE
                          (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*****************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/27/08  230  am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Military Base Desertion

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12/31/86

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint to be filed/already filed
Case#_____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5/27/08  (9) Arresting Officer: Augusto Villalaz
(10) Agency: USMS  (11) Phone: 9/356-7256
(12) Comments: _____

SCANNED

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern District of Florida

| UNITED STATES OF AMERICA<br>V.<br>Shawn Scarpitta | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-6216-LSS | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) warrant

charging a violation of        U.S.C. §

**DISTRICT OF OFFENSE**
Southern District of California (Camp Pendleton, CA)

**DESCRIPTION OF CHARGES:**

military desertion

**CURRENT BOND STATUS:**
☐ Bail fixed at         and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense *
☒ Other (specify) Military will handle matter in SD/CA. *

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  X No  ☐ Yes  Language:

**DISTRICT OF** Florida/Southern

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 28, 2008            _Lurana S. Snow_
Date                     United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |



## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** SHAWN SCARPITTA (J)#  **CASE NO:** 08-6216-LSS

**AUSA:** Duty: Joanne Fine  **ATTY:** ? Bob Berube

**AGENT:**  **VIOL:** REMOVAL: SD/CA (Military desertion)

**PROCEEDING:** INITIAL APPEARANCE  **RECOMMENDED BOND:** FPD

**BOND HEARING HELD** - yes / no  **COUNSEL APPOINTED:** FPD

**BOND SET @:**  **To be cosigned by:**

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew:
- ❏ Travel extended to:
- ❏ Halfway House

X - advised of charges
X - sworn for counsel.

X - waives removal.
Order of removal signed.
X - waives timely PTD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**
**STATUS CONFERENCE:**

**DATE:** 5-28-08  **TIME:** 11:00am  **FTL/LSS TAPE #** 08-022  **Begin:** 1786  **End:** 2060

10 min


SCANNED

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF FLORIDA

Case No: 08-6216-LSS

United States of America

v

Shawn Scarpitta

**WAIVER OF REMOVAL HEARING**

I, Shawn Scarpitta, charged in a proceeding pending in the Southern District of California, with violation of (military desertion) and having been arrested in the Southern District of Florida and taken before Lurana S. Snow, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the Southern District of California where the aforesaid charge is pending against me.

.............May ...........28............, 2008        ........................................................
                                                              Signature of defendant

Lurana S. Snow
United States Magistrate Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-6216-LSS

UNITED STATES OF AMERICA

vs

Shawn Scarpitta

### WAIVER OF TIMELY PRETRIAL DETENTION HEARING

The defendant having been advised of the right to a timely pretrial detention hearing, and the defendant having refused and waived a timely pretrial detention hearing,

The defendant now signs this Waiver of a Timely Pretrial Detention Hearing

DATED: 5-28-08

X _____
Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a pretrial detention hearing within five (5) days from the defendant's initial appearance has stated that he/she refused such a timely hearing and signed the foregoing waiver. IT IS ORDERED that a timely hearing in the above-entitled matter is refused and waived, and the defendant is rescheduled for a pretrial detention hearing.

DATED: 5-28-08

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-6216-LSS

UNITED STATES OF AMERICA

    Plaintiff,

v.

SHAWN SCARPITTA
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language   English
Tape No.   08- *022*
AUSA     Joanne Fine
Agent

The above-named defendant having been arrested on 5-27-08, having appeared before the court for initial appearance on 5-28-08 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record. Address:_____ Zip Code:_____ Telephone:_____ 2. *Federal Public Defender (Beruke)* appointed as permanent counsel of record. Address: _____ Zip Code: _____ Telephone: _____ 3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ before Judge _____.
4. Removal/Identity hearing is set for *waived* at _____ before Judge _____.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for *waived at this time* at _____ before Judge _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows: _____ as directed; _____ times a week /month by phone, _____ times a week/month _____ in person;  other:_____
   c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



__j. Comply with the following additional special conditions of this bond:_____
_____
_____

bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 28 day of May, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE

cc: Assistant U.S. Attorney
     Defendant
     Counsel
     Copy for Judge
     Pretrial Services/Probation